## FRANK McDOWELL v. THE STATE.

No. 9755.  Delivered October 14, 1925.

**Manufacturing Intoxicating Liquor—No Statement of Facts—No Bill of Exception.**

No statement of facts and no bill of exception appearing in this record, the cause must be affirmed, and it is so ordered.

Appeal from the Criminal District Court of Dallas County.  Tried below before the Hon. Felix D. Robertson, Judge.

Appeal from a conviction for manufacturing intoxicating liquor; penalty, one year in the penitentiary.

No brief filed for appellant.

*Shelby S. Cox,* District Attorney, *Sam D. Stinson,* State's Attorney, and *Nat Gentry, Jr.,* Assistant State's Attorney, for the State. State.

BAKER, JUDGE.—The appellant was convicted in the Criminal District Court of Dallas County for unlawfully manufacturing intoxicating liquor and his punishment assessed at one year in the penitentiary.

The record is before us without statement of facts or bills of exception and shows that the indictment correctly charges the offense and the Court in his charge properly applied the law relative thereto.  There being no error shown in the record, the judgment of the trial court is affirmed.

*Affirmed.*

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.